BENJAMIN B. WAGNER
United States Attorney
ALEX LOZADA
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00011-CKD |
| | ) | |
| Plaintiff, | ) | Order Continuing Jury Trial |
| | ) | and Excluding Time Under Local |
| v. | ) | Code T4 |
| | ) | |
| MONICA GRANADOS, | ) | DATE: February 27, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Carolyn K. Delaney |
| _____ | ) | |

It is hereby Ordered that the Trial Confirmation Hearing set
for February 27, 2012 is CONTINUED until April 12, 2012 at 9:00
a.m. and the Jury Trial set for March 12, 2012 is CONTINUED until
April 23, 2012 at 9:00 a.m.  Time is excluded from today's date
through April 12, 2012 under Local Code T4, as the Court finds
that the ends of justice served by granting this continuance
outweigh the best interests of the public and the defendant in a
speedy trial.

IT IS SO ORDERED.

Dated: <u>February 7, 2012</u>

<u>/s/ Carolyn K. Delaney</u>
HON. CAROLYN K. DELANEY
United States Magistrate Judge