```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DANIEL TAYLOR
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  MONICA GRANADOS

 9

10
                       IN THE UNITED STATES DISTRICT COURT
11
                     FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,       ) No. 2:12-CR-00011 CKD
15                                  )
                 Plaintiff,         )
16                                  ) STIPULATION AND ORDER TO VACATE
         v.                         ) JURY TRIAL AND SET CHANGE OF PLEA
17                                  ) HEARING
    MONICA GRANADOS,                )
18                                  )
                 Defendant.         ) Date:  April 12, 2012
19                                  ) Time:  9:00 a.m.
    _____) Judge: Hon. Carolyn K Delaney
20

21

22
         IT IS HEREBY STIPULATED between the parties through their
23
    respective counsel, Alex Lozada, Special Assistant United States
24
    Attorney, and Linda C. Harter, Chief Assistant Federal Defender,
25
    attorney for MONICA GRANADOS, and Certified Student Attorney, Daniel
26
    Taylor, that the Court vacate the trial confirmation hearing set for
27
    April 12, 2012 and the jury trial set for April 23, 2012 and set a
28
```

change of plea hearing for April 12, 2012 at 9:00 a.m.

Dated:  March 21, 2012

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                                /s/ Linda C. Harter
                                                LINDA C. HARTER
                                                Chief Assistant Federal Defender
                                                Attorney for Defendant
                                                MONICA GRANADOS

                                                /s/ Daniel Taylor
                                                DANIEL TAYLOR
                                                Certified Student Attorney

Dated:  March 12, 2012               BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Alex Lozada
                                                ALEX LOZADA
                                                Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 21, 2012               /s/ Carolyn K. Delaney
                                                CAROLYN K. DELANEY
                                                United States Magistrate Judge